**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No.   2:21-cv-1621 |
| Plaintiff, | : | |
| | : | JUDGE SARGUS |
| v. | : | Magistrate Judge Jolson |
| | : | |
| TWENTY-EIGHT THOUSAND ONE HUNDRED EIGHTY AND 00/100 DOLLARS ($28,180.00) IN UNITED STATES CURRENCY, | : | |
| Defendant. | : | |

**WARRANT OF ARREST IN REM**

To the United States Marshals Service, any duly authorized law enforcement officer, and/or their delegate(s) for the Southern District of Ohio:

WHEREAS, on April 7, 2021, the United States filed a verified Complaint for Forfeiture *In Rem* alleging that the defendant is subject to forfeiture to the United States under 21 U.S.C. § 881(a)(6) (Doc. 1);

WHEREAS, the defendant is currently in the possession, custody, or control of the United States;

WHEREAS, Supplemental Rule G(3)(b)(i) directs the Clerk to issue an arrest warrant *in rem* for the defendant to bring the defendant under the jurisdiction of this Court; and

WHEREAS, Supplemental Rule G(3)(c)(i) provides that the Warrant of Arrest *In Rem* must be delivered to a person or organization authorized to execute it who may be a marshal or any other United States officer or employee, someone under contract with the United States, or someone specially appointed by the court for that purpose.

YOU ARE, THEREFORE, HEREBY COMMANDED to arrest and seize the defendant, which is more fully described as Twenty-Eight Thousand One Hundred Eighty and 00/100 Dollars ($28,180.00) in United States Currency.

YOU ARE FURTHER COMMANDED to retain the defendant in your custody or make arrangements for a substitute custodian and serve a copy of this warrant on the custodian in whose possession, custody, or control the property is presently found, and use discretion and whatever means appropriate to protect and maintain said defendant until further order of this Court.

YOU ARE FURTHER COMMANDED to publish notice of this action and the arrest of the defendant and of the right to contest the forfeiture of the defendant on the official government website, www.forfeiture.gov, for 30 consecutive days in accordance with Supplemental Rule G(4)(a)(iv)(C). Such published notice shall inform anyone who wants to contest the forfeiture of the defendant of the deadline for filing a statement of interest in or right against the defendant and for filing an answer to the Complaint.

YOU ARE FURTHER COMMANDED to send notice of this action and the arrest of the defendant and of the right to contest the forfeiture, in accordance with Supplemental Rule G(4)(b), to any person who reasonably appears to be a potential claimant. Such notice shall specify the deadlines for filing a claim and an answer or motion under Rule 12 of the Federal Rules of Civil Procedure.

YOU ARE FURTHER COMMANDED, promptly after execution of this process, to file the same in this Court with your return thereon, identifying the property and individuals upon whom copies were served and the manner employed.

If no person or entity files a claim and answer, the defendant shall be forfeited to the United States without further notice or hearing.

CLERK OF COURT

*Donald A Fitzgerald*
Signature of Clerk or Deputy Clerk