IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 2:21-cv-1621 |
| Plaintiff, | : | JUDGE SARGUS |
| | : | Magistrate Judge Jolson |
| v. | : | |
| TWENTY-EIGHT THOUSAND ONE HUNDRED EIGHTY AND 00/100 DOLLARS ($28,180.00) IN UNITED STATES CURRENCY, | : | VERIFIED CLAIM |
| Defendant. | : | |

**VERIFIED CLAIM OF KERMIT WARREN**

I, Kermit Warren of New Orleans, Louisiana, do hereby file my verified claim for the $28,180.00 in U.S. Currency in the above-referenced case, which was seized from me at the John Glenn Columbus International Airport in Columbus, Ohio on November 4, 2020.

I am the lawful owner of this money, which is my personal savings that I lawfully earned over several years while working in my hometown of New Orleans at Central Grocery, shining shoes at the Roosevelt Hotel, and hauling scrap metal and towing, as well as from small inheritances I received from my parents.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 15, 2021.        Signed: _____

## CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2021, a copy of the foregoing claim was served on Deborah Diane Grimes, Assistant United States Attorney via the Court's CM/ECF filing system and was served on Vipal J. Patel, Acting United States Attorney, c/o Asset Forfeiture Unit, 303 Marconi Boulevard, Suite 200 Columbus, Ohio 43215 by overnight mail.

/s/ Kevin P. Foley
Kevin P. Foley (0059949)
Reminger Co., L.P.A.
200 Civic Center Drive, Suite 800
Columbus, OH 43215
Phone:  614-232-2416; Fax: 614-232-2410
Email:  kfoley@reminger.com
*Attorney for Claimant Kermit Warren*