THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**United States of America**

Plaintiff

: 
:            Case No. 2:21-cv-1621
           Judge Edmund A. Sargus
vs      :      Magistrate Judge Kimberly A. Jolson

**Twenty-Eight Thousand One Hundred Eighty and 00/100 Dollars ($28,180.00) in United States Currency**

Defendant

ENTRY OF DEFAULT

It appears that Leo Warren is in default, having failed to plead or otherwise defend in this cause as required by law; Now, therefore, in accordance with Rule 55 (a) of the Federal Rules of Civil Procedure, Default is hereby entered against Mr. Warren on this 4th day of August 2021.

Richard W. Nagel, Clerk
United States District Court
Southern District of Ohio


By: /s/Donald A. Fitzgerald III
    Donald A. Fitzgerald III, Deputy Clerk