# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 2:21-cv-1621 |
| Plaintiff, | : | |
| | : | JUDGE SARGUS |
| v. | : | Magistrate Judge Jolson |
| | : | |
| TWENTY-EIGHT THOUSAND ONE HUNDRED EIGHTY AND 00/100 DOLLARS ($28,180.00) IN UNITED STATES CURRENCY, | : | |
| Defendant, | : | |
| KERMIT WARREN, | : | |
| Claimant. | : | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, the United States of America, and Claimant Kermit Warren, through counsel, hereby stipulate to the dismissal of this action with prejudice, under Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear its own costs and attorneys' fees.

Respectfully submitted,

VIPAL J. PATEL
Acting United States Attorney

*s/ Deborah D. Grimes*
DEBORAH D. GRIMES (0078698)
Assistant United States Attorney
Attorney for Plaintiff
221 East Fourth Street, Suite 400
Cincinnati, Ohio 45202
(513) 684-3711
Deborah.Grimes@usdoj.gov

*s/ Kevin P. Foley*
KEVIN P. FOLEY (0059949)
Reminger Co., L.P.A.
200 Civic Center Drive, Suite 800
Columbus, Ohio 43215
(614) 232-2416
(614) 232-2410 (fax)
kfoley@reminger.com

DAN ALBAN* (VA Bar No. 72688)
JABA TSITSUASHVILI* (DC Bar No. 1601246)
Institute for Justice
901 North Glebe Road, Suite 900
Arlington, Virginia 22203
(703) 682-9320
(703) 682-9321 (fax)
dalban@ij.org
jtsitsuashvili@ij.org

*Attorneys for Claimant Kermit Warren*

* Admitted *Pro Hac Vice*